IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 29, 2017
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| HENRY and RANDY DE LA GARZA, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. 17-1390 L |
| THE UNITED STATES, | § § | |
| Defendant. | § § | |

## NOTICE OF RELATED CASES

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiffs, Henry and Randy de La Garza ("Plaintiffs") identify the following cases as potentially related:

*Y and J Properties, Ltd v. United States*, No. 17-1189

*Bryant Banes, Neva Banes, Carlton Jones, and NB Research v. United States*, No. 17-1191

*Matthew Salo and Gabriela Salo v. United States*, No. 17-1194

*Angela Bouzerand, Wayne Pesek, Amy Pesek, and Fred Paul Frenger v. United States*, No. 17-1195

*Val Anthony Alfred, Hagan Hamilton Heiligbrodt, William Lange Krell, Jr., Beverly Fecel Krell, and Shawn S. Welling v. United States*, No. 17-1206

*Virginia Milton and Arnold Milton v. United States*, No. 17-1235

*Wayne Hollis, Jr., and Peggy Hollis v. United States*, No. 17-1300

Plaintiffs understand that each of the listed cases has been filed in this Court as a class action and that each identifies a putative class that would include Plaintiffs' property. Plaintiffs further state their belief that assigning all matters to a single Judge would conserve judicial resources and promote the efficient administration of justice.

|  |  |
|---|---|
| Date: September 29, 2017 | Respectfully submitted, |
|  | By: /s/ David C. Frederick |

David C. Frederick, D.C. # 431864
dfrederick@kellogghansen.com
Scott H. Angstreich†, D.C. # 471085
sangstreich@kellogghansen.com
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

and

Clayton A. Clark†
Texas Bar No. 04275750
cclark@triallawfirm.com
Scott A. Love†
Texas Bar No. 24002495
slove@triallawfirm.com
**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone: (713) 757-1400
Facsimile: (713) 759-1217

and

Adam Pulaski*
Texas Bar No. 16385800
adam@pulaskilawfirm.com
**PULASKI LAW FIRM**
2925 Richmond, Ste. 1725
Houston, Texas 77098
Telephone:  (713) 664-4555
Facsimile: (713) 664-7543

**ATTORNEYS FOR PLAINTIFFS**

† Application for admission pending.
*Admission to be sought.